IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LEWIS E. ARCHER, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIV. ACT. NO. 1:24-cv-481-TFM-B ) |
| AMERICA'S FIRST FEDERAL CREDIT UNION, *et al.*, | ) ) ) ) |
| Defendants. | ) |

**MEMORANDUM OPINION AND ORDER**

On February 21, 2025, the Magistrate Judge entered a report and recommendation which recommends this action be dismissed without prejudice as lacking subject matter jurisdiction and all pending motions be denied as moot. *See* Doc. 21. No objections were filed.

Accordingly, after due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge is **ADOPTED** and this action is **DISMISSED without prejudice** for lack of subject matter jurisdiction. This also results in the motions filed before the Report and Recommendations (Docs. 6, 9, 10, 12, 13, 14, 15, 16) being **DENIED as moot**.

However, it does not necessarily negate the pending motion for sanctions (Doc. 25, filed 2/28/25) which is **REFERRED BACK** to the Magistrate Judge for further action as appropriate. The Court will withhold the issuance of final judgment pending resolution of the motion for sanctions.

**DONE** and **ORDERED** this 1st day of August, 2025.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE