# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| LEWIS E. ARCHER, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) CIV. ACT. NO. 1:24-cv-481-TFM-B |
| AMERICA'S FIRST FEDERAL CREDIT UNION, *et al.*, | ) ) ) ) |
| Defendants. | ) ) |

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered August 1, 2025 (Doc. 33) and as there are no matters that remain for Court resolution, it is **ORDERED, ADJUDGED, and DECREED** that Plaintiff's claims are **DISMISSED without prejudice** for lack of subject matter jurisdiction.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this 23rd day of December, 2025.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE